UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER DAMONE DAVIS** | **CIVIL ACTION NO. 14-2315** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Mandamus is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA,** this 20th day of November, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE